UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v.-

EDWIN GUERRIER,
    a/k/a "Eddy F,"

                       Defendant.
-------------------------------------------------------------X

GOVERNMENT'S FORFEITURE
BILL OF PARTICULARS

18 Cr. 284 (KMK)

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense alleged in Count One of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

        a) a 2011 Mercedes Benz Sport Utility Vehicle bearing New York Licenses Plate Number: GFS3670 and VIN Number: WDCGG8HBXBF530100 seized on or about March 22, 2018.

Dated: New York, New York
        October 26, 2018

                                            Respectfully Submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney for the
                                            Southern District of New York

                        By: _____
                                    SAMUEL L. RAYMOND
                                    Assistant United States Attorney
                                    Tel. No. (914) 993-1946