UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/20

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    ORDER

           -against-                          18-cr-284 (JSR)

EDWIN GUERRIER,

           Defendant.

------------------------------------------------------------------x

To:   Warden, Metropolitan Correctional Center
      MCC New York

Re: Edwin Guerrier
    Reg. No. 85474-054

Upon the application of Theodore S. Green, attorney for the above-referenced

defendant/inmate, and upon all proceedings previously herein, the MCC is hereby ordered to accept

the following clothing and to permit Mr. Guerrier to wear this clothing for the duration of his trial,

which is scheduled to commence on January 27, 2020:

      two (2) dress shirts
      one (1) pair of dress pants
      one (1) tie
      one (1) pair of socks
      one (1) leather belt
      one (1) pair of shoes

Dated:  January 19, 2020

                 SO ORDERED:

                 _____
                 HON. JED S. RAKOFF, U.S.D.J.