UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          ORDER

          -against-                                    18-cr-284 (JSR)

EDWIN GUERRIER,

          Defendant.

------------------------------------------------------------------x

To:   United States Marshals Service
      Southern District of New York
      500 Pearl Street
      New York, NY

Re: Edwin Guerrier
   Reg. No. 85474-054

Upon the application of Theodore S. Green, attorney for the above-referenced defendant, and upon all proceedings previously herein, the United States Marshals Service, Southern District of New York, is hereby ordered to accept the following clothing and to permit Mr. Guerrier to wear this clothing for his sentencing proceeding on July  29, 2020, or any recessed or adjourned date of the sentencing proceeding.

      one (1) dress shirt
      one (1) pair of dress pants
      one (1) tie
      one (1) pair of socks
      one (1) leather belt
      one (1) pair of shoes

Dated:     July 10, 2020

                SO ORDERED:

                          _____
                          United States District Judge