```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05-26-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWIN GUERRIER,                                          :
                                                         :
            Petitioner,                          :   **ORDER**
                                                         :
            -v.-                                 :   22 Civ. 04124 (JSR) (JLC)
                                                         :   18 Cr. 00284 (JSR)
UNITED STATES OF AMERICA,                                :
                                                         :
            Respondent.                          :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On May 19, 2022, petitioner Edwin Guerrier filed a motion under Rule 60(b)(6) of the Federal Rules of Civil Procedure seeking to challenge his sentence (docket no. 225 of criminal docket sheet). By order of reference dated May 25, 2022, Judge Rakoff referred petitioner's Rule 60 motion to me (docket no. 2 of civil docket sheet).

It is hereby ordered that the Government shall respond to petitioner's Rule 60 motion no later than **July 18, 2022**. The Clerk of the Court is directed to serve a copy of this Order on the United States Attorney for the Southern District of New York, Attn: Chief, Criminal Division. Such service shall be made by Certified Mail, Return Receipt Requested.

    **SO ORDERED.**

Dated: New York, New York
       May 26, 2022

                                                                                 JAMES L. COTT
                                                                                  United States Magistrate Judge

**A copy of this Order has been mailed to:**

Edwin Guerrier
Register No. 85474-054
FCI Otisville
P.O. Box 1000
Otisville, New York 10963