UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

18-CR-284

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of December 12, 2022, the Court will hold all criminal proceedings in the above-numbered Action by telephone. To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   December 9, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge