UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

---

Edwin Guerrier,
    Petitioner

v.

United States of America,
    Respondent

---

Case #: 7:18-Cr-00284(JSR)

WRIT OF MANDAMUS

Comes now Petitioner Edwin Guerrier before this Honorable Court and moves for a decision on his motion for compassionate release / reduction in sentence under 3582(c)(1)(A) which was filed and entered September 23, 2022.

BACKGROUND

Petitioner filed his 3582(c)(1)(A) motion before this Honorable Court seeking relief under the above section due to a myriad of health issues which to date have not been addressed by the medical staff of the B.O.P. at FCI Otisville where Petitioner is incarcerated.

Petitioner's medical conditions, overall health and quality of life have deteriorated as a result of this continued neglect by the medical staff at FCI Otisville.

Petitioner has diligently pursued all avenues in these matters, including multiple e-mails and written requests (cop-outs) to various medical staff members. Additionally, Petitioner has gone to numerous "medical clinics" when they were held to try to get medical attention.

Occasionally, appointments were set for Petitioner to be seen by outside practitioners or specialists but said appointments either failed to materialize or resulted in future referrals which have not come to fruition.

Petitioner has followed the administrative remedy procedure(s) to no avail.

## CONCLUSION

Petitioner has lost all confidence that he will have his medical needs met as budgetary concerns seem to be widely affecting the B.O.P. in general, and FCI Otisville specifically.

Therefore due to the lack of medical attention and continuing, expanding and worsening medical issues suffered, Petitioner respectfully asks this Honorable Court to render a decision in Petitioner's favor so that he might address his medical issues personally.


Respectfully Submitted,

Edwin Guerrier      7/25/24
Reg #: 85474-054

Case 7:18-cr-00284-JSR   Document 269   Filed 08/01/24   Page 3 of 3

