UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   -against-<br><br>EDWIN GUERRIER ET AL.,<br><br>       Defendant. | 18-cr-284-01 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The representation of defendant Edwin Guerrier in the above-captioned matter is assigned to the C.J.A. on duty January 30, 2025, Christine Delince, for the purpose of litigating the defendant's motion for compassionate release and petition for writ of mandamus. See ECF Nos. 252, 269. Counsel for the defendant and the Government should jointly call chambers by no later than February 14, 2025, to set a briefing schedule.

    SO ORDERED.

New York, NY
2/3, 2025

                                                   JED S. RAKOFF, U.S.D.J.