UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- : **ORDER**
:
: 18cr284-01(JSR)
: ----------------
**Edwin Guerrier** : Docket #
------------------------------------x

**Hon. Jed S. Rakoff**_____, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Christine Delince**_____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC ___1/31/25___.

SO ORDERED.

_____/s/ Jed S. Rakoff_____
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        2/3/25